

# United States District Court
## Eastern District of California

Oliver Martinez Fernandez

Plaintiff(s)

V.

Sergio Albarran, Kristi Noem, Pamela Bondi, Christopher Chestnut

Defendant(s)

Case Number: 1:26-cv-01660-DAD-SCR

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Michael Joseph Ferrara hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Oliver Martinez Fernandez

On May 19, 2004 (date), I was admitted to practice and presently in good standing in the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: March 10, 2026

Signature of Applicant: /s/ *Michael Joseph Ferrara*

**Pro Hac Vice Attorney**

Applicant's Name: Michael Joseph Ferrara

Law Firm Name: Hecker Fink LLP

Address: 350 Fifth Avenue

63rd Floor

City: New York     State: NY     Zip: 10118

Phone Number w/Area Code: (212) 763-0883

City and State of Residence: Brooklyn, NY

Primary E-mail Address: mferrara@heckerfink.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Helia Bidad

Law Firm Name: Hecker Fink LLP

Address: 1050 K Street NW

Suite 1040

City: Washington     State: DC     Zip: 20001

Phone Number w/Area Code: (212) 763-0883     Bar # 348633

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 10, 2026

_Dale A. Droyd_
JUDGE, U.S. DISTRICT COURT